James S. Davenport, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

M. V. McDANIELS v. STATE.
No. A-1081.
Appeal from Craig County Court;
S. F. Parks, Judge.

Appellant was indicted for a violation of the prohibitory liquor law. He entered a plea of guilty and his punishment was assessed by the court at a fine of two hundred dollars and thirtys days' confinement in the county jail.   Appealed.   Affirmed.

James S. Davenport, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

FURMAN, P. J. All the questions raised in the brief of counsel for appellants have already been decided adversely to the contentions therein made. It is therefore unnecessary for us to discuss them now. The judgment of the lower court in each of the above numbered and entitled causes is affirmed.

ARMSTRONG and DOYLE, JJ., concur.